IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**DEANNA C. POULETTE**            **PLAINTIFF**

v.          **CASE NO. 1:19-CV-00039-BSM**

**SOCIAL SECURITY ADMINISTRATION**            **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia Harris's recommended disposition [Doc. No. 12] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE